**Additional Certificate (17 U.S.C. 706)**
# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**VA 1-696-555**

Effective date of registration:
December 17, 2009

---

### Title
**Title of Work:** Hawaii 2000

### Completion/Publication
**Year of Completion:** 2000
**Date of 1st Publication:** January 1, 2000        **Nation of 1st Publication:** United States

### Author
- **Author:** Vincent Khoury Tylor, dba Hawaiian LandMark Images
  **Author Created:** photograph(s)
  **Work made for hire:** No
  **Citizen of:** United States        **Domiciled in:** United States
  **Year Born:** 1962

### Copyright claimant
**Copyright Claimant:** Vincent Khoury Tylor
P.O. Box 510164, Kealia, HI, 96751, United States

### Rights and Permissions
**Organization Name:** Hawaiian LandMark Images
**Name:** Michele Lynn Tylor
**Email:** michele@hawaiianphotos.net        **Telephone:** 808-823-1263
**Address:** P.O.Box 510164
Kealia, HI 96751  United States

### Certification
**Name:** Michele L. Tylor
**Date:** December 17, 2009

Page 1 of 2

# EXHIBIT A

**Additional Certificate (17 U.S.C. 706)**

Registration #:   VA0001696555

Service Request #:   1-298994281

Hawaiian LandMark Images
Michele Lynn Tylor
P.O.Box 510164
Kealia, HI 96751  United States

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-432-741**



| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

**JUN 2 0 2011**
Month   Day   Year



DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**
Hawaii 2000

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 1-696-555 | 2000 |
| **Name(s) of Author(s) ▼** Vincent Khoury Tylor, dba Hawaiian LandMark Images | **Name(s) of Copyright Claimant(s) ▼** Vincent Khoury Tylor |

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number _____ Line Heading or Description _____

**Incorrect Information as It Appears in Basic Registration ▼**


**Corrected Information ▼**


**Explanation of Correction ▼**


**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____ Line Heading or Description __Titles/Contents Titles__

**Amplified Information and Explanation of Information ▼**

A-01 Hammock NEW Web-LG.jpg      A-02-B Big Wave Web-LG.jpg
A-03 Monk Seal stomach WEB-LG.jpg  A-03 Monk Seal-back Web-LG.jpg
A-04 Hawaiian Sea Turtle Web-LG.jpg  A-05 Monk Seal with Pup Web-LG.jpg
A-06 Nene Geese Web-LG.jpg         A-06-C Nene Goose Web-LG.jpg
A-07 Surfers at Dusk Web-LG.jpg    A-08 Golf Hawaii Web-LG.jpg
A-09 Palm Sunset Web-LG.jpg        A-10 Island Sunset WEb-LG.jpg
A-11 Hawaiian Sunset Web-LG.jpg    A-12-B LaniKai-girl Web-LG.jpg
A-13 Rooster w-Rock LG.jpg         A-14 Tropical Lagoon Web-LG.jpg
A-15 Secluded Falls Web-LG.jpg     A-16 Horses Inn Hawaii Web-LG.jpg
A-17 NaPali Sunset wide Web-LG.jpg A-19 Snorkel Hawaii Web-LG.jpg
A-20 Surfer at Twilight Web-LG.jpg A-21 Blue Sky Sunset Web-LG.jpg
A-23B Bali Hai Sunset Web-LG.jpg   A-24 Tropical Day Web-LG.jpg
A-27 South Pacific sunset WEb-Lg.jpg  A-28 Emerald waters web-LG.jpg
A-30 A Day at the beach Web-LG.jpg A-35 Coastal Colors Web-LG.jpg
B-01-A Rainbow Falls Web-LG.jpg    B-01-B Rainbow Falls Web-LG.jpg

MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page.
                 • See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of __4__ pages

|  |  |
|---|---|
| FORM CA RECEIVED<br>**JUN 2 0 2011**<br>FUNDS RECEIVED DATE<br>**JUN 2 0 2011**<br>EXAMINED BY  _urb_<br>CORRESPONDENCE ☐<br>REFERENCE TO THIS REGISTRATION ADDED TO<br>BASIC REGISTRATION   ☑ YES ☐ NO | FORM CA<br><br>FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

B-02 Punaluu Black Sand Beach Web-LG.jpg    B-03 Waipio Valley Web-LG.jpg
B-03-T Waipio Valley Trees Web-LG.jpg    B-04 Anaehoomalu Bay Sunset Web-LG.jpg
B-05-B Pololo Sunrise Web-LG.jpg    B-06 Magic Sands Beach Web-LG.jpg
B-07 Akaka Falls Hor Web-LG.jpg    B-07-V Akakka Falls vertical Web-LG.jpg
B-09 Hapuna Beach South Web-LG.jpg    B-09-N Hapuna Beach North Web-LG.jpg
B-10 Secluded Cove Web-LG.jpg    B-12 Kona Coast Web-LG.jpg
B-18 Green Beach Web-LG.jpg    B-18-B Green Beach Web-LG.jpg
B-19 Pololu Valley Wide WEB-LG.jpg    B-20 Pololu Ocean view Web-LG.jpg
F-01 Yellow Hibiscus Web-LG.jpg    F-02 Bird of Paradise W-Friend Web-LG.jpg
F-02-B Bird of Paradise Web-LG.jpg    F-03 Red Hibiscus Web-LG.jpg
F-05 Wild Orchids old Web-LG.jpg    F-07 Plumeria Web-LG.jpg
K-02-B Spouting Horn Sunset Web-LG.jpg    K-04-B Kilauea Lighthouse Web-LG.jpg
K-04-V Kilauea Lthouse vert Web-LG.jpg    K-05 Waimea Sunset old Web-LG.jpg
K-06-A Wailua Falls vertical Web-LG.jpg    K-06-B Wailua Falls Rainbow Web-LG.jpg
K-06-C Wailua Falls-Heavy Rain Web-LG.jpg    K-07 Kalalau Valley Ridges Web-LG.jpg

Correspondence: Give name and address to which correspondence about this application should be sent.

Glen Carner
Hawaiian Art Network
1888 Kalakaua Ave. Ste. C312

Phone ( 808 ) 345-6333    Fax ( 678 ) 306-3319    Email dave@copyrightservicesinternatl

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name _____
Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author    ☐ owner of exclusive right(s)
☐ other copyright claimant    ☑ duly authorized agent of _Vincent Khoury Tylor_
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ David Oppenheimer    Date ▼ 6/16/2011

Handwritten signature (X) ▼    _David Oppenheimer_

Certificate will be mailed in window envelope to this address:
Name ▼ Copyright Services International
Number/Street/Apt ▼ 1888 Kalakaua Ave. Ste. C312
City/State/ZIP ▼ Honolulu, HI 96815

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 07/2006   Print: 07/2006—,000   Printed on recycled paper    U.S. Government Printing Office: 2006—/—

# Continuation Sheet
# for Application Forms

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- Try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space on the basic form, use this Continuation Sheet, and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

Form __VA__/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-432-741

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | **VA** | VAU

EFFECTIVE DATE OF REGISTRATION

JUN 2 0 2011
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
JUN 2 0 2011

Page __3__ of __4__ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A — Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: Give the title as given under the heading "Title of this Work" in space 1 of the basic form.
  **Hawaii 2000**
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): Give the name and address of at least one copyright claimant as given in space 4 of the basic form or space 2 of any of the Short Forms PA, TX, or VA.
  **P.O. Box 510164, Kealia, HI, 96751 United States**

## B — Continuation of Space 2

**d**

NAME OF AUTHOR ▼
Vincent Khoury Tylor, dba Hawaiian LandMark Images

DATES OF BIRTH AND DEATH
Year Born ▼ 1962    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Photography of Hawaii

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

| CONTINUATION OF (Check which): | ☐ Space 1 | ☐ Space 4 | ☐ Space 6 | **C** Continuation of other Spaces |
|---|---|---|---|---|

K-07-N Kalalau Valley wide Web-LG.jpg
K-08 Kee Beach Web-LG.jpg
K-10 Hanalei Valley Web-LG.jpg
K-11 Spouting Horn-foliage Web-LG.jpg
K-11-B Spouting Horn Web-LG.jpg
K-12 Lumahai beach Web-LG.jpg
K-16 Hanalei Kayaker Web-LG.jpg
K-20 Waimea Canyon Web-LG .jpg
K-20-B Waimea Canyon wide Web-LG.jpg
K-21 Fern Grotto Web-LG.jpg
K-22 Opaekaa Falls Web-LG.jpg
K-23 NaPali Sunset old Web-LG.jpg
K-24-B Kealia Beach Web-LG.jpg
K-26 Hanapepe Lookout Web-LG.jpg
K-27 NaPali Coast Web-LG.jpg
K-28 Hanalei Pier day Web-LG.jpg
K-33-B Rooster Crowing Web-LG.jpg
K-35 Mahalapuu WEB-LG.jpg
K-36 Haena Beach Web-LG.jpg
K-38 Taro Fields of Hanalei Web-LG.jpg
K-39 Shipwrecks Beach Web-LG.jpg
K-41 Tunnels Beach Web-LG.jpg
M-01 End of Hana Web-LG.jpg
M-02 Wailua Falls web-LG.jpg
M-03 Iao Needle Sunset Web-LG.jpg
M-04 West Maui Mountains old Web-LG.jpg
M-05 Kihei Beach Web-LG.jpg
M-06 Haleakala Sunrise Web-LG.jpg
M-07 Windsurfers Web-LG.jpg
M-09 Alau Isle sunrise Web-LG.jpg
M-11 7 Pools Waterfalls Web-LG.jpg
M-13 Lahaina at Dusk Web-LG.jpg
M-13-B Lahaina Harbour Sunset Web-LG.jpg
M-14 SilverSword Web-LG.jpg
M-16 Maui Tropical Plantation.jpg
M-18 Turquoise lagoon Web-LG.jpg
M22-A Honolua Bay Web-LG.jpg
M-24 Black Beach rocks Web-LG.jpg
M24-C Black Sand Beach Web-LG.jpg
M-25 Kaanapali Beach Web-LG.jpg
O-01 Waikiki Pink Boat Web-LG.jpg
O-01 Waikiki-Pink boat ORIGINAL VERSION.jpg
O-03 Waikiki Dawn Web-LG.jpg
O-04 LaniKai shore Web-LG.jpg
O-04 LaniKai shoreline Web-LG.jpg
O-05 Chinamans Hat Web-LG.jpg
O-06 Hanauma Bay Wide Web-LG.jpg
O-07 Waimea Falls Web-LG.jpg
O-08 Waikiki from Top of DiamondHead Web-LG.jpg
O-10-V Makapuu Lighthouse Web-LG.jpg
O-11 Waimea Bay Web-LG old.jpg
O-12-B Pali Lookout Web-LG.jpg
O-15 Waikiki Skyview Web-LG.jpg
O-22 Kanehoe Fish Pond Web-LG.jpg
O-23 Waikiki Dusk Web-LG.jpg
O-24 Makapuu Web-LG.jpg
S-02 Last Light in Poipu Web-LG.jpg
S-03 Kauai Golden Sunrise Web-LG.jpg
S-04 Coastal Tranquility Web-LG.jpg
S-06 Fishing at Sunset Web-LG.jpg
S-14 Flat Reef Sunset Web-LG.jpg
S-16 Hawaiian Stormscape Web-LG.jpg
V-03 Lava Closeup Web-LG.jpg
V-04 Where the Rocks Bleed Web-LG.jpg

---

**Certificate will be mailed in window envelope to this address:**

Name ▼
Copyright Services International

Number/Street/Apt ▼
1888 Kalakaua Ave. Ste. C312

City/State/Zip ▼
Honolulu, HI 96815

**D**
- Complete all necessary spaces
- Sign your application

1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

Form CON   Rev: 07/2008   Print: 07/2007 — xx,000   Printed on recycled paper          U.S. Government Printing Office: 2008-xxx-xxx/80,xxx