**Vincent Khoury Tylor's "K-36 Haena Beach"**



**Plantation Hale Suites Facebook Page** Screen Capture



**Plantation Hale Suites Google+ Page** Screen Capture



EXHIBIT B

**Vincent Khoury Tylor's "K-12 Lumahai Beach"**



**Plantation Hale Suites Commercial Page at Hawaii-holidays-online.com Screen Capture**



**Plantation Hale Suites Commercial Page at Mydestination.com Screen Capture**



**Vincent Khoury Tylor's "K-06-B Wailua Falls Rainbow"**



**Plantation Hale Suites Facebook Page Screen Capture**



**Vincent Khoury Tylor's "K-22 Opaekaa Falls"**



**Plantation Hale Suites Facebook Page** Screen Capture

