J. STEPHEN STREET   1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii  96821
Telephone No.:   (808) 754-1647
Facsimile No.:   (888) 334-6499
E-mail:   jsstreet@ip-law-hawaii.com

DANE ANDERSON   9349-0
Attorney At Law, LLLC
P.O. Box #1621
Honolulu, Hawaii  96806
Telephone No.:   (808) 285-4760
E-mail:   dane@andersonlawhawaii.com

Attorneys for Plaintiff
VINCENT KHOURY TYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| VINCENT KHOURY TYLOR,<br><br>                    Plaintiff,<br>vs.<br><br>OLS HOTELS & RESORTS, LP, previously OUTRIGGER LODGING SERVICES LIMITED PARTNERSHIP, a Nevada Limited Partnership, dba PLANTATION HALE SUITES and BEST WESTERN PLANTATION HALE SUITES; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>                    Defendants. | CIVIL NO. CV13-00376 JMS-KSC<br>(Copyright Infringement; Digital Millennium Copyright Act Violation)<br><br>STIPULATED PERMANENT INJUNCTION; EXHIBIT A; CERTIFICATE OF SERVICE |

## STIPULATED PERMANENT INJUNCTION

IT IS HEREBY STIPULATED by and between OLS HOTELS & RESORTS, LP, previously OUTRIGGER LODGING SERVICES LIMITED PARTNERSHIP, a Nevada Limited Partnership, dba PLANTATION HALE SUITES and BEST WESTERN PLANTATION HALE SUITES ("DEFENDANT"), and VINCENT KHOURY TYLOR, being all of the parties who have appeared in this case, as follows:

DEFENDANT and its officers, directors, agents and employees, together with all others in active concert or participation with them who receive actual knowledge of this, are hereby permanently enjoined from any and all publication, display or use of the photographic images of VINCENT KHOURY TYLOR attached as Exhibit A, without prior written consent.

DATED:   Honolulu, Hawai`i, _____ 1 - 2 _____, 2014.

_____
J. STEPHEN STREET
DANE ANDERSON
Attorneys for Plaintiff
VINCENT KHOURY TYLOR

_____
GARY SALOMONS, Esq.
Attorney for OLS HOTELS & RESORTS, LP, previously OUTRIGGER LODGING SERVICES LIMITED PARTNERSHIP, a Nevada Limited Partnership, dba PLANTATION HALE SUITES and BEST WESTERN PLANTATION HALE SUITES


APPROVED AND SO ORDERED:

_____
Judge of the above entitled Court

3