Hawaii 2000 - Copyright - Vincent Khoury Tylor - VA 1 696-555       page no. 1


A-01  HAMMOCK


A-02-B  BIG WAVE


A-03  MONK SEAL - STOMACH


A-03  MONK SEAL - BACK


A-04  HAWAIIAN SEA TURTLE


A-05  MONK SEAL WITH PUP


A-06  NENE GEESE


A-06-C  NENE GOOSE


A-07  SURFERS AT DUSK


A-08  GOLF HAWAII


A-09  PALM SUNSET


A-10  ISLAND SUNSET


A-11  HAWAIIAN SUNSET


A-12-B  LANIKAI - GIRL


A-13  ROOSTER W-ROCK

Hawaii 2000 - Copyright - Vincent Khoury Tylor - VA 1 696-555     page no. 2


A-14 TROPICAL LAGOON


A-15 SECLUDED FALLS


A-16 HORSES IN HAWAII


A-17 NAPALI SUNSET WIDE


A-19 SNORKEL HAWAII


A-20 SURFER AT TWILIGHT


A-21 BLUE SKY SUNSET


A-23B BALI HAI SUNSET


A-24 TROPICAL DAY


A-27 SOUTH PACIFIC SUNSET


A-28 EMERALD WATERS


A-30 A DAY AT THE BEACH


A-35 COASTAL COLORS


B-01-A RAINBOW FALLS


B-01-B RAINBOW FALLS

Case 1:13-cv-00376-JMS-KSC   Document 8-1   Filed 01/07/14   Page 3 of 14   PageID #: 63



Hawaii 2000 - Copyright - Vincent Khoury Tylor - VA 1 696-555    page no. 3

- B-02 PUNALUU BLACK SAND BEACH
- B-03 WAIPIO VALLEY
- B-03-T WAIPIO VALLEY TREES
- B-04 ANAEHOOMALU BAY SUNSET
- B-05-B POLOLO SUNSET
- B-06 MAGIC SANDS BEACH
- B-07 AKAKA FALLS - HOR.
- B-07-V AKAKA FALLS VERT.
- B-09 HAPUNA BEACH SOUTH
- B-09-N HAPUNA BEACH NORTH
- B-10 SECLUDED COVE
- B-12 KONA COAST
- B-18 GREEN BEACH
- B-18-B GREEN BEACH
- B-19 POLOLU VALLEY WIDE

Hawaii 2000 - Copyright - Vincent Khoury Tylor - VA 1 696-555    page no. 4





Hawaii 2000 - Copyright - Vincent Khoury Tylor - VA 1 696-555     page no. 6


K-28  HANALEI PIER DAY


K-33-B  ROOSTER CROWING


K-35  MAHALAPUU


K-36  HAENA BEACH


K-38  TARO FIELDS OF HANALEI


K-39  SHIPWRECKS BEACH


K-41  TUNNELS BEACH


M-01  END OF HANA


M-02  WAILUA FALLS


M-03  LAO NEEDLE SUNRISE


M-04  WEST MAUI MOUNTAINS OLD


M-05  KIHEI BEACH


M-06  HALEAKALA SUNRISE


M-07  WINDSURFERS


M-09  ALAU ISLE SUNRISE

Hawaii 2000 - Copyright - Vincent Khoury Tylor - VA 1 696-555    page no. 7



| | | |
|---|---|---|
| M-11 7 POOLS WATERFALLS | M-13 LAHAINA AT DUSK | M-13-B LAHAINA HARBOUR SUNSET |
| M-14 SILVERSWORD | M-16 MAUI TROPICAL PLANTATION | M-18 TURQUOISE LAGOON |
| M-24 BLACK BEACH ROCKS | M-25 KAANAPALI BEACH | M 22-A HONOLUA BAY |
| M-24-C BLACK SAND BEACH | O-01 WAIKIKI PINK BOAT | O-03 WAIKIKI DAWN |
| O-04 LANIKAI SHORELINE | O-05 CHINAMANS HAT | O-06 HANAUMA BAY WIDE |

Hawaii 2000 - Copyright - Vincent Khoury Tylor - VA 1 696-555         page no. 8


O-07  WAIMEA FALLS


O-08  WAIKIKI FROM TOP


O-10-V  MAKAPUU LIGHTHOUSE


O-11  WAIMEA BAY


O-12-B  PALI LOOKOUT


O-15  WAIKIKI SKYVIEW


O-22  KANEOHE FISH POND


O-23  WAIKIKI DUSK


O-24  MAKAPUU


S-02  LAST NIGHT IN POIPU


S-03  KAUAI GOLDEN SUNRISE


S-04  COASTAL TRANQUILITY


S-06  FISHING AT SUNSET

S-14  FLAT REEF SUNSET


S-16  HAWAIIAN STORMSCAPE


V-03  LAVA CLOSE-UP


V-04  WHERE THE ROCKS BLEED


K-41  TUNNELS BEACH

Hawaii 2004 - Copyright - Vincent Khoury Tylor - VA 1-696-552

page no. 1



A-00 TROPICAL REFLECTIONS | A-04B SEA TURTLE IN WHITE WATER | A-09 TROPICAL OASIS
A-29V TROPICAL OASIS VERT. | A-31 HAWAIIAN LOI POND | A-32 MYSTICAL COVE
A-33 ISLAND SHOWERS | A-34 ISLAND FALLS | A-36 ISLAND CRUISING
A-39 COOL HAWAIIAN STREAM | A-39 MAJESTIC FALLS | A-40 HAWAIIAN CRAB
A-41 LOCAL SWIMMING HOLE | A-42 COASTAL SUNSET | F-08 PLUMERIA CLOSEUP



Hawaii 2004 - Copyright - Vincent Khoury Tylor - VA 1-696-552 — page no.2

F-09 PINK PLUMERIA CLOSEUP | F-10 GINGER | HANALEI PIER SUNSET
K-06-D WAILUA FALLS - STREAM | K-06-E WAILUA FALLS STREAM VERT. | K-12-B LUMAHEI BEACH LOW
K-16-B HANALEI HEAVEN | K-19 POIPU BEACH | K-35-B MAHALEUPU SHORELINE
K-38-B HANALEI TARO FIELDS | K-40 DONKEY BEACH | K-41-B TUNNELS BEACH
K-41-B2 TUNNELS BEACH | K-42 SECRET BEACH | K-44 KALIHIWAI BEACH

# Hawaii 2004 - Copyright - Vincent Khoury Tylor - VA 1-696-552

page no.3


KAUAI POSTER COLLAGE


M-00 HALEAKALA CRATER


M-09-C ALAU ISLAND SUNBURST


M-10 HALEAKALA CRATER WIDE


M-14-C HALEAKALA CLOSEUP


M-24-D BLACK BEACH FOLIAGE


M-26 MAUI SUNSET


M-27 BIG BEACH - MAUI


S-00 SEASIDE WALK


S-01 COASTAL DREAMS


S-02 FIRE AT SHIPWRECKS


S-05 DUSK OVER KONG MOUNTAIN


S-06 PACIFIC EVENING MIST


S-08 ENCHANTING SEAS REDO


S-08 ISLAND MIST

Hawaii 2004 - Copyright - Vincent Khoury Tylor - VA 1-696-552  page no.4



| S-09 SEASIDE GLOW | S-12 SEA CAVE SUNSET | S-12 SOUTH PACIFIC BLUES |
| --- | --- | --- |
| S-17 FISHERMAN SEASCAPE | S-18 PEACEFUL SEAS | S-19 ISLAND SEASCAPE |
| V-08 EVENING GLOW | V-09 SUNSET OVER LAVA FLOW | V-10 LAVA DREAMS |
| V-11 COASTAL FIRE | M-14-C HALEAKALA CLOSEUP | S-00 MYSTICAL REEF |
| S-10 ENCHANTING SEAS | | |

**O-01  Waikiki-Pink boat ORIGINAL VERSION**
Copyright – Vincent Khoury Tylor – VA 1-759-562 (1 image)



**Waikiki Day 2003  O-15-C**
Copyright – Vincent Khoury Tylor – VA 1-792-948 (1 image)



**Honolua Bay  M-22-B**
Copyright – Vincent Khoury Tylor – VA 1-789-671 (1 image)

